UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LECIA L. SHORTER,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 2:24-cv-02799-DOC-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S INTERIM REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, the Magistrate Judge's Interim Report and Recommendation (ECF 98), Plaintiff's Objections to the Interim Report and Recommendation (ECF 111), and Defendant Fidelity Brokerage Services, LLC's Reply to Plaintiff's Objections (ECF 124). The Court has engaged in a de novo review of those portions of the Interim Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The Interim Report and Recommendation is accepted.

    2.    Plaintiff's request for appointed counsel (FAC ¶ 2) is **denied**.

    3.    The State Defendants' request for judicial notice of the dockets for

four Los Angeles County Superior Court actions (ECF 26) as evidence of the judicial proceedings that have occurred in those actions is **granted**.

4. Defendant Fidelity's request for judicial notice of two documents filed in the Los Angeles County Superior Court conservatorship action (ECF 46) is **granted in part**, but not for the validity or accuracy of the contents of those documents.

5. Plaintiff's request for judicial notice (ECF 46 at 7 n.1) is **denied without prejudice**.

6. The moving Defendants' Motions to dismiss the First Amended Complaint (ECF 24, 25, 34, 37), are **granted in part**, as follows:

(a) For failure to comply with Rule 8 of the Federal Rules of Civil Procedure, the First Amended Complaint is **dismissed in its entirety with leave to amend**—except to the extent that portions of the First Amended Complaint are dismissed with prejudice as set forth herein;

(b) All of Plaintiff's claims raised on behalf of Sondra J. Shorter, or on behalf of Sondra J. Shorter's estate, are **dismissed with prejudice** for Plaintiff's lack of standing;

(c) All of Plaintiff's claims that seek to have this Court review final state court judgments in violation of the *Rooker-Feldman* doctrine, as described in the Interim Report and Recommendation (ECF 98 at 26-28), are **dismissed with prejudice**;

(d) Plaintiff's federal and state law claims against the State entity Defendants are **dismissed with prejudice**, as the State entity Defendants have Eleventh Amendment immunity;

(e) Plaintiff's claims against the State individual Defendants in their official capacities, are **dismissed with prejudice**, except those claims that seek declaratory or injunctive relief, as these Defendants have Eleventh Amendment immunity; and

(f) Plaintiff's claims for monetary damages against Defendant Rosenbloom in his individual capacity are **dismissed with prejudice** because he has judicial immunity.

7. Defendants' Motions to dismiss are otherwise **denied without prejudice**.

8. Plaintiff shall file a Second Amended Complaint remedying the deficiencies detailed in the Interim Report and Recommendation, raising only those claims that have been dismissed without prejudice.

9. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: October 30, 2024

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE