UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LECIA L. SHORTER, <br> Plaintiff, <br> v. <br> THE STATE OF CALIFORNIA, et al., <br> Defendants. | No. 2:24-cv-02799-DOC-BFM <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, and Defendants' reply to Plaintiff's objections. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation (ECF 207) is accepted.
2. State Defendants' request for judicial notice (ECF 152) of the dockets for the four LASC actions is granted.
3. Defendant Fidelity and Defendant SMBC Manubank's requests for judicial notice (ECF 149-3, 153-2) is granted.

|   |   |   |
|---|---|---|
| 1 | 4. | Plaintiff's request for judicial notice (ECF 179 at 11 n.3) is granted |
| 2 |    | in part. |
| 3 | 5. | Defendants' Motions to dismiss and Motions to strike the Second |
| 4 |    | Amended Complaint is granted on the grounds described in the |
| 5 |    | Report and Recommendation (ECF 149, 150, 151, 153, 154, 155, |
| 6 |    | 157, 169, 170, 171, 181, 198). |
| 7 | 6. | All claims in Plaintiff's Second Amended Complaint are dismissed |
| 8 |    | with prejudice and without further leave to amend. |
| 9 | 7. | Judgment shall be entered dismissing this action with prejudice. |
| 10 | 8. | The Court Clerk shall serve this Order and the Judgment on all |
| 11 |    | counsel or parties of record. |

DATED: July 9, 2025

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE