JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LECIA L. SHORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-02799-DOC-BFM<br><br>**JUDGMENT** |

　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that the Complaint in this matter is denied and the action is dismissed with prejudice.

DATED: July 9, 2025

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE